**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DANIEL KANE, JR., CHARLES
MACHADIO, ROGER MARINO, MYRA
GORDON, ANDREW ROY, and VINCENT
PACIFICO, as trustees of the United Teamster
Fund and as Trustees of the United Teamer
Pension Fund "A",

                       Plaintiffs,
      -against-                                    17 **CIVIL** 9487 (VSB)

## JUDGMENT

NATIONAL FARM WHOLESALE FRUIT &
VEGETABLE CORP.,

                       Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 14, 2022, the Fund's motion for summary judgment is GRANTED.

**Dated:** New York, New York

       January 18, 2022

                                                 **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                     **BY:**        K. Mango
                                                 **Deputy Clerk**